MURRAY C. KIGGINS and Others, Respondents, v. GEORGE H. ROBINSON and Others, Defendants, Impleaded with JOSEPH E. MONTEITH, Appellant.— Order modified by striking out provision which directs defendant Joseph E. Monteith to produce the books of the firm of Tully, Monteith & Mitchell, but without prejudice to the right of the plaintiffs to subpœna any such books and records as may become material to the issues upon the examination or the application for an order for the examination of the said firm of Tully, Monteith & Mitchell, should the necessity therefor appear after the examination, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of MILDRED B. RICHARDSON, as Executrix, etc., of ALFRED W. RICHARDSON, Deceased.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Surrogate Schulz. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [135 Misc. 726.]

MILO APARTMENT CORPORATION, Appellant, v. HOOPER REALTY CORPORATION, Respondent, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant, respondent, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SELMA BLUMSTEIN, Respondent, v. ISAAC LEADER, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNETTE S. ROSE, as Executrix, etc., of the Estate of BERNARD V. GORDON, and Others, Appellants, v. GUIL BARBER, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY SCHIFF, as a Director, etc., and Another, Respondents, v. ELPECO TRADING Co., INC., and Others, Defendants, Impleaded with MAX ARONSON, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LILLIAN L. LUCKENBACH, Respondent, v. LEWIS LUCKENBACH, Defendant, Impleaded with LUCKENBACH TERMINALS, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAY LIPSON, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant. (Appeal No. 1.) — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.